# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| Plaintiff, | : | Docket No. |
| | : | |
| vs. | : | |
| | : | |
| Alec A. Rimer, | : | |
| | : | |
| Defendant. | : | |

## **COMPLAINT**

The United States of America, a body politic and sovereign, acting herein by the United States Attorney for the District of Connecticut, complains and says:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

2. That the Defendant, Alec A. Rimer, is a resident of the District of Connecticut.

3. That the Defendant is indebted to the Plaintiff in the principal amount of $39,780.07, plus interest on this principal computed at the rate of 10% per annum in the amount of $49,414.53 as of January 17, 2017, until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

Demand has been made upon the Defendant by the Plaintiff for the sum due, but the amount due remains unpaid.

Wherefore, the Plaintiff demands judgment against the Defendant for the total of $89,194.60, plus costs, plus interest at 10 % per annum on the principal of $39,780.07 that has accrued from January 17, 2017, to the date of judgment.

Plaintiff further demands, pursuant to 28 U.S.C. § 1961 that interest on any judgment be at the legal rate until judgment is paid in full.

Dated at New Haven, Connecticut on November 10, 2018.

UNITED STATES OF AMERICA,

John H. Durham
United States Attorney

*/s/ Christine Sciarrino*

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street -25th Floor
New Haven, Connecticut   06510
Tel. (203) 821-3780/Fax (203) 773-5315
Email: Christine.Sciarrino@usdoj.gov
Federal No. CT3393

EXHIBIT A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

>Alec A Rimer
>54 Salem Rd
>Prospect, CT 06712-1517
>Account No. XXXXX1607

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 01/17/17.

On or about 10/10/90, the BORROWER executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from Student Loan Marketing Association, Smart Loan Originations Center, Merrifield, VA. This loan was disbursed for $48,069.15 on 12/15/90 at 10.00 % interest per annum. The loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $250.12 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 10/08/96, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $47,819.03 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b) (4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 09/19/06, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

Principal:      $39,780.07

Interest:       $49,414.53

   Total debt as of 01/17/17:      $89,194.60

Interest accrues on the principal shown here at the rate of $10.89 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/19/17

Loan Analyst
Litigation Support Unit

Henry Mac
Loan Analyst